1  Youssef H. Hammoud (SBN: 321934)
   L. Tegan Rodkey (SBN: 275830)
2  **PRICE LAW GROUP, APC**
   6345 Balboa Blvd., Suite 247
3  Encino, CA 91316
   T: (818) 600-5596
4  F: (818) 600-5496
5  E: youssef@pricelawgroup.com
   E: tegan@pricelawgroup.com
6  *Attorneys for Plaintiff,*
7  *Jorge Hernandez*

8           **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**

10 | JORGE HERNANDEZ, | Case No.: 2:20-cv-03585-FMO-RAO |
11 | Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT OPORTUN, INC.** |
12 | v. | |
13 | OPORTUN, INC., | |
14 | Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jorge Hernandez ("Plaintiff") and Defendant Oportun, Inc. ("Oportun"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Oportun. The parties shall bear their own attorneys' fees and costs.

///

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
|  | **PRICE LAW GROUP, APC** |
| Dated: September 21, 2020 | By: */s/ Youssef H. Hammoud* |
|  | Youssef H. Hammoud (SBN: 321934) |
|  | **PRICE LAW GROUP, APC** |
|  | 6345 Balboa Blvd, Suite 247 |
|  | Encino, CA 91316 |
|  | T: (818) 600-5596 |
|  | F: (818) 600-5496 |
|  | E: youssef@pricelawgroup.com |
|  | *Attorneys for Plaintiff,* |
|  | *Jorge Hernandez* |
|  |  |
| Dated: September 21, 2020 | By: */s/ Timothy Johnson* |
|  | Timothy Johnson (Bar No. 66333) |
|  | **BARRON & NEWBURGER, P.C.** |
|  | 1970 Old Tustin Ave., Second Floor |
|  | Santa Ana, CA 92705 |
|  | Telephone: (714) 832-1170 |
|  | Facsimile: (714) 832-1179 |
|  | E-mail: tjohnson@bn-lawyers.com |
|  | *Attorneys for Defendant,* |
|  | *Oportun, Inc.* |

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(3), I hereby attest that I have on file all signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

Dated: September 21, 2020            **PRICE LAW GROUP, APC**

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud
*Attorneys for Plaintiff, Jorge Hernandez*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Lia Ruggeri*