# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE HERNANDEZ,<br><br>      Plaintiff,<br><br>v.<br><br>OPORTUN, INC.,<br><br>      Defendant. | Case No.: 2:20-cv-03585-FMO-RAO<br><br>**ORDER ON STIPULATION [23] RE: DISMISSAL WITH PREJUDICE AS TO DEFENDANT OPORTUN, INC.** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Oportun, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Oportun, Inc., with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: September 22, 2020

                                            /s/
                                  Honorable Fernando M. Olguin
                                  United States District Judge